# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION,**

                *Plaintiff,*

     v.

**WILH. WILHELMSEN HOLDING ASA,**

**WILHELMSEN MARITIME SERVICES AS,**

**RESOLUTE FUND II, L.P.,**

**DREW MARINE INTERMEDIATE B.V.,**

     **AND**

**DREW MARINE GROUP, INC.,**

                *Defendants.*

Civil Action No. 18-cv-00414-TSC

## ORDER

Having considered the pleadings, memoranda, declarations, exhibits, and other evidence presented by Plaintiff Federal Trade Commission (the "Commission") and by Defendants Wilh. Wilhelmsen ASA, Wilhelmsen Maritime Services AS (collectively "Wilhelmsen"), The Resolute Fund II, L.P., Drew Marine Intermediate II B.V., and Drew Marine Group Inc. (collectively "Drew"), and for the reasons set forth in the accompanying Memorandum Opinion, the court hereby GRANTS the Commission's motion for a preliminary injunction enjoining the acquisition of Drew by Wilhelmsen (ECF No. 45).

It is ORDERED that Defendants Wilhelmsen and Drew are hereby enjoined and restrained under Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b), from consummating

the proposed acquisition, or otherwise effecting a combination of Wilhelmsen and Drew until the completion of the administrative proceeding evaluating the proposed merger now pending before the Commission.

It is further ORDERED that Wilhelmsen and Drew shall take any and all necessary steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from consummating, directly or indirectly, any such acquisition, or otherwise effecting any combination between Wilhelmsen and Drew.

It is further ORDERED that Wilhelmsen and Drew are directed to maintain the *status quo* until either (1) the completion of all legal proceedings by the Commission challenging the transaction, including all appeals, or (2) further order of the court, including upon request of the Commission, before completion of such legal proceedings.

It is further ORDERED that this court shall retain jurisdiction of this matter for all purposes and for the full duration of this Order, as provided in the previous paragraph.

SO ORDERED.

Date:  July 23, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge