**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**WILH. WILHELMSEN HOLDING ASA,**<br><br>**WILHELMSEN MARITIME SERVICES AS,**<br><br>**RESOLUTE FUND II, L.P.,**<br><br>**DREW MARINE INTERMEDIATE II B.V.,**<br><br>and<br><br>**DREW MARINE GROUP INC.,**<br><br>Defendants. | Civil Action No. 1:18-cv-00414-TSC |

**NOTICE OF FILING OF JOINT PROPOSED REDACTIONS TO THE COURT'S
<u>MEMORANDUM OPINION</u>**

Plaintiff Federal Trade Commission and Defendants Wilh. Wilhelmsen Holding ASA, Wilhelmsen Maritime Services AS, Resolute Fund II, L.P., Drew Marine Intermediate B.V., and Drew Marine Group, Inc. (collectively, "Defendants") hereby provide notice of the parties' joint proposed redactions to the Court's Memorandum Opinion issued July 21, 2018.

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: August 24, 2018                                  Respectfully Submitted,

/s/ Thomas J. Dillickrath
Thomas J. Dillickrath
 (D.C. Bar 483710)
Deputy Chief Trial Counsel
Federal Trade Commission
Bureau of Competition
400 Seventh Street, N.W.
Washington, D.C. 20024
Tel: (202) 326-3286
Email: tdillickrath@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 24th day of August 2018, I served the foregoing on all counsel of record via the Court's ECF filing system.

                                                /s/ Thomas J. Dillickrath
                                                Thomas J. Dillickrath
                                                Attorney for Plaintiff Federal Trade Commission