IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**WILH. WILHELMSEN HOLDING ASA,**<br><br>**WILHELMSEN MARITIME SERVICES AS,**<br><br>**RESOLUTE FUND II, L.P.,**<br><br>**DREW MARINE INTERMEDIATE II B.V.,**<br><br>and<br><br>**DREW MARINE GROUP, INC.,**<br><br>Defendants. | Civil Action No. 1:18-cv-00414-TSC |

## ORDER

WHEREAS, on July 21, 2018, this Court granted Plaintiff Federal Trade Commission's Motion for Preliminary Injunction; and

WHEREAS, on July 22, 2018, Defendants Wilh. Wilhelmsen Holding ASA, Wilhelmsen Maritime Services AS, Resolute Fund II, L.P., Drew Marine Intermediate II B.V., and Drew Marine Group Inc. abandoned the proposed transaction; and

WHEREAS, on July 31, 2018, the Federal Trade Commission dismissed its administrative complaint without prejudice; and

WHEREAS, on October 26, 2018, this Court asked the parties to show cause why this case should not be dismissed; and

WHEREAS, on November 2, 2018, the parties filed a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS HEREBY ORDERED, that Plaintiff Federal Trade Commission's Complaint is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SO ORDERED:

Dated:  November 6, 2018

Judge Tanya S. Chutkan
United States District Court Judge

## NAMES OF PERSONS TO BE SERVED

Thomas J. Dillickrath
Federal Trade Commission
Bureau of Competition
400 Seventh Street, SW
Washington, DC 20024
Telephone: (202) 326-3286
Email: tdillickrath@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

Corey W. Roush
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Tel: (202) 887-4115
Email: croush@akingump.com

*Counsel for Defendants Wilh. Wilhelmsen
Holding ASA and Wilhelmsen Maritime
Services AS*

Mark W. Ryan
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
Tel: (202) 263-3338
Email: mryan@mayerbrown.com

*Counsel for Defendants Resolute Fund II, L.P.,
Drew Marine Intermediate II B.V., and Drew
Marine Group Inc.*

4